In the Matter of R. E. ASSOCIATES, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued December 1, 1954; decided December 31, 1954.

*David Gerhardt* for appellant.

*Beatrice Shainswit* and *Walter S. Fried* for Joseph D. McGoldrick, State Rent Administrator, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.